District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMIN FARAJI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-01811-BJR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through April 22, 2024.  Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Miyake-Faraji's Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status.  Defendants' response to the Complaint is currently due on March 22, 2024.  For good cause, the parties request that the Court hold this case in abeyance through April 22, 2024.

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 2:23-cv-01811-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4       With additional time, this case may be resolved without the need of further judicial
5  intervention.  USCIS has scheduled Plaintiff's Form I-130 interview on March 20, 2024.  After
6  the interview, USCIS needs additional time to act on her Form I-130.  Additionally, depending on
7  whether her Form I-130 is approved or denied, USCIS will be able to determine next steps for her
8  husband's Form I-485.
9       Accordingly, the parties respectfully request that the instant action be stayed until
10 April 22, 2024.  The parties will submit a joint status report on or before April 22, 2024.  The
11 parties further request that the Court's Order Regarding Initial Disclosures, Joint Status Report,
12 and Early Settlement be stricken.  Dkt. No. 8.
13      DATED this 19th day of March, 2024.
14  Respectfully submitted,

15  TESSA M. GORMAN                                  DGO LEGAL
    United States Attorney
16
    *s/ Michelle R. Lambert*                         *s/Tess Douglas*
17  MICHELLE R. LAMBERT, NYS #4666657                TESS DOUGLAS, WSBA #58807
    Assistant United States Attorney                 8141 2nd Street, Suite 515
18  United States Attorney's Office                  Downey, California 90241
    Western District of Washington                   Phone: 213-278-4073
19  1201 Pacific Avenue, Suite 700                   Email: tess@dgo.legal
    Tacoma, WA 98402
20  Phone: (253) 428-3824                            *Attorneys for Plaintiffs*
    Fax:   (253) 428-3826
21  Email: michelle.lambert@usdoj.gov

22  *Attorneys for Defendants*

23  I certify that this memorandum contains 321
    words, in compliance with the Local Civil
24  Rules.

**ORDER**

The case is held in abeyance until April 22, 2024. The parties shall submit a joint status report on or before April 22, 2024, which among other things, will include jointly proposed dates by which the parties will comply with the deadlines set forth in the Order Regarding Initial Disclosures and Joint Status Report FRCP 26(f) [Dkt. No. 8]. It is so **ORDERED**.

DATED this 20th day of March, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION
[Case No. 2:23-cv-01811-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800