District Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RAMIN FARAJI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:23-cv-01811-BJR <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings through July 22, 2024.  Plaintiffs bring this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Miyake-Faraji's Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status.  The case is currently stayed through April 22, 2024.  Dkt. No. 10.  For good cause, the parties request that the Court continue to hold this case in abeyance through July 22, 2024.

//

STIPULATED MOTION <br>
[Case No. 2:23-cv-01811-BJR] - 1

UNITED STATES ATTORNEY <br>
1201 Pacific Ave., Ste. 700 <br>
Tacoma, WA 98402 <br>
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case will likely be resolved without the need of further judicial intervention. USCIS has approved Plaintiff's Form I-130. USCIS has scheduled Plaintiff's Form I-485 interview for April 23, 2024. After the interview, USCIS will need additional time to act on the Form I-485. Once USCIS issues a decision on the application, this litigation will likely be moot.

Accordingly, the parties respectfully request that the instant action continue to be stayed until July 22, 2024. The parties will submit a joint status report on or before July 22, 2024.

DATED this 16th day of April, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | DGO LEGAL |
| TESSA M. GORMAN<br>United States Attorney | *s/ Tess Douglas*<br>TESS DOUGLAS, WSBA# 58807 |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | 8141 2nd Street, Suite 515<br>Downey, California 90241<br>Phone: (213) 278-4073<br>Email: tess@dgo.legal<br><br><br><br><br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

STIPULATED MOTION
[Case No. 2:23-cv-01811-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

*I certify that this memorandum contains 280 words, in compliance with the Local Civil Rules.*

## ORDER

The case is held in abeyance until July 22, 2024.  The parties shall submit a joint status report on or before July 22, 2024.  It is so **ORDERED**.

DATED this 18th day of April, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION
[Case No. 2:23-cv-01811-BJR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800