District Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| Ramin Faraji, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Alejandro Mayorkas, *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-1811-BJR<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

　　　　Plaintiffs and Defendants jointly stipulate to the dismissal of this action, without prejudice and without costs or fees to any party, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

JOINT STIPULATION OF DISMISSAL - 1
2:23-CV-1811-BJR

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal

1  Respectfully submitted this 5th day of September 2024.

2

3                                                          /s/ Tess Douglas
                                                            Tess Douglas, CA 319016
4                                                           DGO Legal
                                                            8141 2nd Street, Suite 515
5                                                           Downey, CA 90241
                                                            Tel: (213) 278-4073
6                                                           Fax: (213) 286-0022
                                                            tess@dgo.legal
7                                                           *Attorneys for Plaintiffs*

8

9

10

11                                                         TESSA M. GORMAN
                                                           United States Attorney
12

13                                                         /s/ Michelle R. Lambert
                                                            Michelle R. Lambert, NYS #4666657
14                                                          Assistant United States Attorney
                                                            United States Attorney's Office
15                                                          1201 Pacific Avenue, Suite 700
                                                            Tacoma, Washington 98402
16                                                          Phone: (253) 428-3824
                                                            michelle.lambert@usdoj.gov
17                                                          *Attorneys for Defendants*

18

19

20

21

22

JOINT STIPULATION OF DISMISSAL - 2
2:23-CV-1811-BJR

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal

**ORDER**

Based on the parties' stipulation, the case is dismissed without prejudice. It is so **ORDERED**.

DATED this 5th day of September 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STIPULATION OF DISMISSAL - 3
2:23-CV-1811-BJR

Tess Douglas
DGO Legal
8141 2nd Street, Suite 515
Downey, CA 90241
Tel: (213) 278-4073
tess@dgo.legal